F I L E D
United States Court of Appeals
Tenth Circuit

APR 8 1999

PATRICK FISHER
Clerk

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

HEULON L. PERRIN, JR., also
known as Heulon Perrin, Jr.,

　　　　Plaintiff - Appellant,

v.

CITIES OF DENVER, BOULDER,
AND LAKEWOOD, COLORADO,

　　　　Defendants - Appellees,

DENVER MAYOR WEBB, AND
BOULDER MAYOR BOB GREENEE,

　　　　Defendants.

No. 98-1389

D. Colorado

(D.C. No. 98-D-1627)

**ORDER AND JUDGMENT** *

Before **ANDERSON** , **KELLY** , and **BRISCOE** , Circuit Judges.

---

*This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal.   See Fed. R. App. P. 34 (a)(2); 10th Cir. R. 34.1(G).  This cause is therefore ordered submitted without oral argument.

The district court dismissed Heulon L. Perrin, Jr.'s civil rights suit, without prejudice to his ability to refile if he complied with the rules of the court, including filing sanctions imposed on Mr. Perrin by the district court on September 10, 1991.  The court did not err in dismissing this case without prejudice.

Mr. Perrin's motion for leave to proceed without prepayment of costs or fees is DENIED, and this appeal is DISMISSED on the grounds that it is frivolous.

ENTERED FOR THE COURT


Stephen H. Anderson
Circuit Judge